# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| KERRY LARSON, | ) |
| Plaintiff | ) Civil File No. 10-cv-00074 (MJD/JJG) |
| v. | ) |
| FMS INVESTMENT CORPORATION and RESURGENT CAPITAL SERVICES, L.P. | ) **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant | ) |

This action is before the Court upon the parties' Stipulation for Dismissal With Prejudice [Doc. #12]. Based upon the Stipulation, the Court having been advised that this action has been resolved, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS ORDERED that this action is hereby dismissed with prejudice and without costs, attorneys' fees, or disbursements awarded to any party. Let Judgment Be Entered.

Dated: September 30, 2010         BY THE COURT:


s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court